IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                        Case No.  5:08cv185 - RS/MD

**REAL PROPERTY LOCATED AT
5438 GOOSEBERRY ROAD, BASCOM
JACKSON COUNTY, FLORIDA, WITH
ALL IMPROVEMENTS AND
APPURTENANCES THEREON,**

    **Defendant.**
_____/

## DECREE OF FORFEITURE

Before me is the Motion of the United States of America for a Decree of Forfeiture (Doc. 47).  I find as follows:

1.  On June 10, 2008, the United States filed a Verified Complaint for Forfeiture In Rem (Doc. 1) on against the subject real property, seeking forfeiture pursuant to 21 U.S.C. §881.  The real property is described as:

> **REAL PROPERTY LOCATED AT 5438 GOOSEBERRY ROAD, BASCOM, JACKSON COUNTY, FLORIDA, WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON**, consisting of two parcels numbered 04-6N-09-0000-0100-0000 and 05-6N-09-0000-0200-0000, and more particularly described as:
>
> > The SW 1/4 of SW 1/4 of Section 4 and the SE 1/4 of SE 1/4 of Section 5, All in the township 6 North, Range 9 West, Jackson County, Florida.

2. The United States caused to be published a Notice of Forfeiture on www.forfeiture.gov of the intent of the United States to the property in accordance with 21 U.S.C. §881 notifying all third parties of their right to petition the Court within sixty (60) days of the first day of publication to adjudicate the validity of their alleged legal interest in the real property.

3. The facts set out in the Declaration (Doc. 47-1) filed by the United States demonstrate sufficient grounds for forfeiture of the real property.

**IT IS ORDERED:**

1. The right, title, and interest to all of the following described real property is condemned, forfeited, and vested in the United States of America, and no right, title, or interest in the property shall exist in any other party:

> Defendant Real Property located at 5438 Gooseberry Road, Bascom, Jackson County, Florida, identified as parcel number 04-6N-09-0000-0100-0000, and consisting of approximately 40 acres with improvements, including a house, swimming pool, and out-buildings, more particularly described as:
>
> SW 1/4 of SW 1/4 of Section 4, All in the township 6
> North, Range 9 West, Jackson County, Florida,

2. The defendant property shall be disposed of according to law.

**ORDERED** on March 19, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
